IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JORGE GALINDO,<br><br>Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>Respondent. | 4:23CV3241<br><br>ORDER |

Petitioner has submitted a motion to proceed in forma pauperis (Filing No. 6). After reviewing the request, I shall waive payment of fees and grant Petitioner leave to proceed in forma pauperis.

**IT IS ORDERED:**

Petitioner's motion to proceed in forma pauperis (Filing No. 6) is granted. The Clerk of Court shall file the petition and accompanying pleadings without the prepayment of costs or fees.

Dated this 13th day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge