IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JORGE GALINDO,<br><br>Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>Respondent. | 4:23CV3241<br><br>MEMORANDUM AND ORDER |

This matter is before the Court after review of the joint state report filed by the petitioner, Jorge Galindo ("Galindo"), advising the Court that his petition for certiorari was denied by the United States Supreme Court on November 12, 2024, Filing No. 22; *see* Galindo v. Nebraska, No. 23-7364, 2024 WL 4743080, at *1 (U.S. Nov. 12, 2024), in accordance with the Court's prior Order, Filing No. 16 (text order).

IT IS THEREFORE ORDERED:

1. The stay of this case is lifted.

2. Respondent shall file a motion for summary judgment or state Court records in support of an answer on or before **February 28, 2025**, in accordance with this Court's progression order dated December 21, 2023. Filing No. 14.

Dated this 30th day of December, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court