IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JORGE GALINDO,

              Petitioner,

vs.

ROB JEFFREYS, Director, Nebraska Department of Correctional Services;

              Respondent.

4:23CV3241

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Petitioner seeking to extend the deadline to file his reply to Respondent's answer and brief by 90 days (the "Motion"). Filing No. 47. Petitioner submits that additional time is needed to review the record and prepare his reply brief due to his counsels' workload in other matters, the length of Respondent's briefing, and the complexity of the issues raised. *Id.*

Upon consideration, IT IS ORDERED that:

1. Petitioner's Motion, Filing No. 47, is granted. Petitioner shall have until **April 13, 2026**, to file his brief.

2. The Clerk's Office is directed to set the following pro se case management deadline: **April 13, 2026**: check for Petitioner's reply brief.

Dated this 13th day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge