IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JORGE GALINDO, | |
| Petitioner, | **4:23CV3241** |
| vs. | |
| ROB JEFFREYS, Director, Nebraska Department of Correctional Services; | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the Court on a motion filed by Petitioner Jorge Galindo ("Petitioner") seeking to extend the deadline to file his reply to Respondent's answer and brief from the current deadline of June 12, 2026, by 14 days (the "Motion"). Filing No. 51. Petitioner submits that additional time is needed to review the record and prepare his reply brief due to his counsels' workload in other matters and the complexity of the issues raised. *Id.* He further submits the Motion is unopposed by Respondent. *Id.* at 1.

Upon consideration, IT IS ORDERED that:

1. Petitioner's Motion, Filing No. 51, is granted. Petitioner shall have until **June 26, 2026**, to file his reply brief.

2. The Clerk's Office is directed to terminate the current pro se management deadline of "**June 12, 2026**: check for Petitioner's reply brief", and to set the following pro se case management deadline: **June 26, 2026**: check for Petitioner's reply brief.

Dated this 22nd day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge